IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR359 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL J. CONVERSE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Daniel J. Converse (Converse) (Filing No. 41). Converse seeks a continuance of the trial of this matter that was scheduled for September 19, 2016. Converse's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**No further continuances of the trial of this matter will be granted absent a showing by affidavit that a denial of a requested continuance would constitute a manifest injustice.**

**IT IS ORDERED:**

1. Converse's motion to continue trial (Filing No. 41) is granted.

2. Trial of this matter is re-scheduled for **November 28, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 21, 2016, and November 28, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of September, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge